UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

OMAR SHARIF AMANAT,

                Debtor.

ALAN NISSELSON, as the Responsible
Officer, and the PLAN COMMITTEE for the
substantively consolidated estate of
MARKETXT HOLDINGS CORP.,
MKXT, LLC, MARKETXT, INC., and
EPOCH INVESTMENTS, LP,

                Plaintiffs-Appellees,

-against-

OMAR SHARIF AMANAT,

                Defendant-Appellant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/10

Civ. No. 1:10-cv-1568 (RPP)

## ORDER AFFIRMING BANKRUPTCY COURT ORDER AND JUDGMENT

Defendant-Appellant Omar Sharif Amanat ("**Defendant-Appellant**") having appealed to this Court (the "**Appeal**") from (a) the *Order Assessing Damages After Default* entered on January 22, 2010 (the "**Bankruptcy Court Order**") in Adversary Proceeding No. 08-01333 (ALG), Bankruptcy Case No. 04-43361 (ALG), by the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), which assessed damages in favor of Plaintiff-Appellees and against Defendant-Appellant in the sum of $24,382,463.81 as a consequence of Defendant-Appellant's fraudulent transfer of certain funds of the substantively consolidated Debtors MarketXT Holdings Corp., MKXT LLC, MarketXT, Inc. and Epoch Investments, LP, and (b) and the *Judgment in an Adversary Proceeding* entered thereon by the Bankruptcy Court on January 22, 2010 in favor of Plaintiffs-Appellees and against Defendant-

{10579022:1}

Appellant in the amount of $24,382,463.81 (the "**Bankruptcy Court Judgment**"); and this Court having considered the record below, the briefs submitted in support and in opposition to the Appeal, and having heard argument of the Appeal on July 8, 2010 (the "**Hearing**"); and as set forth in the transcript of the Hearing, this Court having determined that all the evidence submitted to the Bankruptcy Court regarding the assessment of damages supported the Bankruptcy Court's findings as to the amount of damages to be assessed against Defendant-Appellant and that the Bankruptcy Court's findings were in compliance with Federal Rule of Civil Procedure 52;

NOW, THEREFORE, IT IS HEREBY

ORDERED that the Appeal is denied; and it is further

ORDERED that the Bankruptcy Court Order and the Bankruptcy Court Judgment are affirmed in all respects.

Dated: New York, New York
July 1?, 2010

United States District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

OMAR SHARIF AMANAT,

                Debtor.

ALAN NISSELSON, as the Responsible Officer, and the PLAN COMMITTEE for the substantively consolidated estate of MARKETXT HOLDINGS CORP., MKXT, LLC, MARKETXT, INC., and EPOCH INVESTMENTS, LP,

                Plaintiffs-Appellees,

-against-

OMAR SHARIF AMANAT,

                Defendant-Appellant.

Civ. No. 1:10-cv-1568 (RPP)

STATE OF NEW YORK   )
                              ) SS.:
COUNTY OF NEW YORK )

       Maritza Segarra, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 100019. On July 16, 2010, I served *Order Affirming Bankruptcy Court Order and Judgment*, upon:

Gabriel Del Virginia
488 Madison Avenue, 19th Floor
New York, NY 10022

by delivering a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Maritza Segarra
Maritza Segarra

Sworn to before me this
16th day of July, 2010

/s/ Mary Elizabeth Coyle
Notary Public, State of New York
No. 01C04975525
Qualified in Westchester County
Commission Expires December 10, 2010

{10579023:1}